# THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| **STATE OF OHIO,** | : | **CASE NO. 2:20-CR-187** |
| **PLAINTIFF,** | : | **JUDGE WATSON** |
| VS. | : | |
| **MYKELL R. UNEEK HAWES,** | : | |
| **DEFENDANT.** | : | |

## MOTION TO ORDER DELAWARE COUNTY JAIL TO HAVE MYKELL HAWES TRANSFERRED TO HOSPITAL FOR A PELVIC EXAM

Now comes the Defendant, Mykell Hawes, and respectfully requests the court order the Delaware county jail to have the Defendant transferred to a hospital for pelvic exam tests. The reason for this request is that the Defendant has been receiving treatment for what the jail physician believes is a UTI for a prolonged period of time with no positive result. Because the condition persists and the Defendant is anemic and has been diagnosed as having potential sickle cell anemia, the Defendant respectfully requests she receive a pelvic exam and updated bloodwork.

Respectfully Submitted,

*/s/ W. Jeffrey Moore*
W. Jeffrey Moore, Esq.  (0023429)
Moore & Yaklevich
33 South Grant Avenue
Columbus, Ohio  43215
Phone:  (614) 222-0509
Facsimile: (614) 241-5909
Counsel For Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing was served upon the Prosecuting Attorney's Office by electronic filing on this 7th day of February, 2022.

*/s/ W. Jeffrey Moore*
W. Jeffrey Moore, Esq.  (0023429)