UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

United States of America,

v.

Case No. 2:20-cr-187

Mykell R. Uneek Hawes,

Judge Michael H. Watson

Defendant.

## ORDER

Mykell Hawes ("Defendant") moves this Court for an order allowing her to be transferred to a hospital for pelvic exam tests. ECF No. 90. Defendant claims that she "has been receiving treatment for what the jail physician believes is a UTI for a prolonged period of time with no positive result." *Id.* at 1. The United States Marshal's Office has informed the Court that that is *not* the case. Defendant has not requested or documented any medical issues since December 7, 2021, when she asked for assistance unrelated to any urinary tract issues. The last time she had a complaint about her urine was in September 2021, at which time her urine was tested and returned normal results.

Should Defendant need medical care in this instance, she should request that care through the normal Delaware County procedures, as she has before. Then, Delaware County can evaluate her, and they will submit requests to the Marshal's Office if any outside testing or appointments are necessary. Notwithstanding the fact that she has failed to follow these procedures, the United States Marshal's Office reports that as a result of this inquiry by the Court,

Defendant's urine is being tested again. For all these reasons, Defendant's motion is **DENIED AS MOOT**. The Clerk is **DIRECTED** to terminate ECF No. 90.

Defense Counsel is reminded that the United State's Marshal's Office is available and willing to look into these medical concerns without the involvement of the Court.

**IT IS SO ORDERED.**

_____
MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT