UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF OHIO

EASTERN DIVISION

UNITED STATES OF AMERICA,       )
                                       )
    PLAINTIFF,                   ) CASE NO. 2:20-cr-187(2)
                                       )
       vs.                            )
                                       )
MYKELL REENEESHA UNEEK HAWES,    )
                                     )
    DEFENDANT.                   )
_____    )

TRANSCRIPT OF TELEPHONIC STATUS CONFERENCE PROCEEDINGS
BEFORE THE HONORABLE MICHAEL H. WATSON
FRIDAY, JUNE 24, 2022; 3:01 P.M.
COLUMBUS, OHIO

FOR THE PLAINTIFF:
    Kenneth L. Parker
    United States Attorney
    By:  Peter K. Glenn-Applegate
    Assistant United States Attorney
    303 Marconi Boulevard, 2nd Floor
    Columbus, Ohio 43215

FOR THE DEFENDANT:
    Moore & Yaklevich
    By:  W. Jeffrey Moore, Esq.
    326 South High Street, Suite 300
    Columbus, Ohio 43215

- - -

Proceedings recorded by mechanical stenography, transcript produced by computer.

*Allison A. Kimmel, FAPR, RDR, CRR, CRC*
*Federal Official Court Reporter*
*85 Marconi Boulevard*
*Columbus, Ohio 43215*
*614.719.3225*

```
1                    Friday Afternoon Session
2                    June 24, 2022
3                         - - -
4     The following proceeding was held in chambers via telephone:
5             THE COURT:  This is Judge Watson.  Do we have both of
6    you on?
7             MR. GLENN-APPLEGATE:  Pete Glenn-Applegate here.
8             THE COURT:  Hi, Pete.  W. Jeffrey, are you on yet?
9    Hearing none.
10            (Discussion off the record.)
11            [Phone chimes.]
12            THE COURT:  Jeff, is that you?
13            MR. MOORE:  It is, Judge.
14            THE COURT:  Okay.  I've got Allison with us.  So when
15   you speak, just make sure you identify yourselves for the
16   record.
17            MR. MOORE:  Sure will.
18            THE COURT:  Okay.  So I concluded the last hearing
19   saying that I needed additional time to review the transcript
20   in the change of plea proceeding before Judge King.
21            MR. MOORE:  Yes.
22            THE COURT:  I've done that.  I understand -- I'm not
23   sure what I understand here, but in any event, I know what the
24   documents say at this point.
25            MR. MOORE:  I think Peter and I may have resolved
```

1 this.
2          THE COURT: Oh.
3          MR. MOORE: Am I correct, Pete?
4          MR. GLENN-APPLEGATE: I think so, Jeff. Let's --
5 let's -- why don't you say what -- what you think, and I'll see
6 if -- if that squares with -- with what I think our agreement
7 is.
8          MR. MOORE: As I said in the hearing the other day, my
9 client may be responsible for some amount of meth, but
10 certainly not the amount that I'm reading about in the report,
11 and -- this is Jeff Moore, by the way, so -- sorry -- and I'm
12 willing to agree that she's responsible for three kilos.
13     I am not willing to agree that it's -- what is the --
14 the report says --
15          THE COURT: 3,114 grams?
16          MR. MOORE: Yes, or 35.25 pounds of meth. I cannot
17 agree to that because I know she wasn't involved in all that.
18          MR. GLENN-APPLEGATE: So, Your Honor, let me speak to
19 that. So my primary concern about Mr. Moore's motion was that
20 some of the representation seems to conflict with the signed
21 Statement of Facts and what Ms. Hawes agreed to in her guilty
22 plea hearing.
23          THE COURT: Right.
24          MR. GLENN-APPLEGATE: Jeff and I have spoken -- and,
25 you know, in the Statement of Facts, she agrees that she was

1  involved in the distribution of at least 3,114 grams of ice --

2          THE COURT:  Right.

3          MR. GLENN-APPLEGATE:  -- which the PSR attributes to

4  her.

5       The PSR also attributes in paragraphs 30 and 31

6  additional shipments that the PSR finds contain meth and

7  attributes all of that to her, and it's my understanding that

8  now Mr. Moore is -- opposes attributing that to her.

9       I have -- I think Mr. Moore is entirely free to oppose

10 that.  I'm not saying that I agree with him, but him opposing

11 those additional shipments would still be consistent with the

12 plea agreement and the Statement of Facts.

13      The plea agreement and the Statement of Facts would

14 allow him and his client to oppose attributing that additional

15 meth, which is -- if you give one more moment here --

16         THE COURT:  It's 8.75 -- 8.75 and 8.8 pounds in

17 paragraph 30, and it is 8.3 and 9.4 pounds in 31.

18         MR. GLENN-APPLEGATE:  That's correct.

19         THE COURT:  Those are total package weights, so, you

20 know, we're -- we're -- go ahead.

21         MR. GLENN-APPLEGATE:  So -- so, I think it is -- it is

22 fair for him and his client to -- to dispute that should be

23 attributed to her under the relevant conduct principles.

24      My primary concern was that the motion seems to go

25 farther and also oppose the 3,114 grams of ice in paragraph 29,

1  which Ms. Hawes agrees to in those Statement of Facts attached
2  to the plea agreement.
3       What I would propose is -- because now I understand the
4  claim by Mr. Moore and his client to be only about additional
5  things above and beyond the Statement of Facts, I think the
6  plea is still good.
7       We don't need to worry about a withdrawal or breach of
8  the plea agreement.
9       Here, we're just -- you know, in what I would describe
10 as kind of an ordinary dispute in drug cases about whether
11 anything additional should be attributed to her, and I think
12 the parties can manage that through the ordinary objections
13 process and in our sentencing memos without further involvement
14 of the Court prior to sentencing.
15          THE COURT:  Jeff, you agree with that?
16          MR. MOORE:  I do.
17          THE COURT:  So the way -- the way I read this, she
18 "guidelines" at life.
19          MR. GLENN-APPLEGATE:  Under the -- under the
20 calculations of the initial PSR, that is correct.
21          THE COURT:  And there's a -- there is a 20-year
22 statutory max.
23          MR. MOORE:  That's correct.  And part of the reason --
24          THE COURT:  So she gets no more than 240 months,
25 right?

1  MR. MOORE: It's because of the -- of attributing
2  everything in the conspiracy to her.
3       And this guy had -- honestly, he had three women working
4  for him, and each one did their own thing.  My gal was just one
5  of three.  She had nothing to do with their business.
6       MR. GLENN-APPLEGATE:  And, Your Honor, without getting
7  too far down the road before addressing sentencing, there may
8  be reasons why Ms. Hawes' guidelines range could be reduced,
9  and why under the 3553(a) factors, she may be eligible for
10 something below the guidelines range.
11      I think, for the purpose of today's hearing, which is
12 simply, you know -- I think was really about clarifying what
13 Ms. Hawes agreed to at her change of plea hearing, I think the
14 parties are in agreement, which is that she had agreed to the
15 amount of Oxycodone, and she agreed to 3,114 grams of ice, and
16 the rest of it can be left for ordinary sentencing proceedings.
17      THE COURT:  All right.  And can you guys put that in
18 the form of a joint memo to the probation officer for their
19 consideration in preparing the final report?
20      MR. GLENN-APPLEGATE:  Yes.  And, Jeff, I'll prepare a
21 draft and get it over to you by Monday.
22      MR. MOORE:  That would be fine.
23      THE COURT:  All right.  Thank you, gentlemen.  I
24 appreciate it very much.
25      MR. GLENN-APPLEGATE:  Thanks for your time,

1  Your Honor.

2  THE COURT: Have a nice weekend.

3  (Proceedings concluded at 3:09 p.m.)

4  - - -

5  C E R T I F I C A T E

6

7  I, Allison A. Kimmel, do hereby certify that the
8  foregoing is a true and correct transcript of the proceedings
9  before the Honorable Michael H. Watson, Judge, in the United
10  States District Court, Southern District of Ohio, Eastern
11  Division, on the date indicated, reported by me in shorthand
12  and transcribed by me or under my supervision.

13

14

15  s/Allison A. Kimmel
    Allison A. Kimmel, FAPR, RDR, CRR, CRC
16  Official Federal Court Reporter
    September 25, 2023

17

18

19

20

21

22

23

24

25

*Allison A. Kimmel, FAPR, RDR, CRR, CRC*
*Federal Official Court Reporter*
*85 Marconi Boulevard*
*Columbus, Ohio 43215*
*614.719.3225*